DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRUCE D. WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3436

_____

May 8, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Bruce D. Wilson, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.